# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Lonnie Goodrich )<br>*Petitioner* )<br>v. )<br>Warden Mackelburg )<br>*Respondent* ) | Civil Action No.  4:19-cv-3418-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice and without requiring the respondent to file a return and a certificate of appealability is denied.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., who adopts the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  March 2, 2020                                    *CLERK OF COURT*

                                                        s/Debbie Stokes
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*